## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| BEFORE HONORABLE FRANCISCO A. BESOSA | **CV NO:** 08-310 (FAB) |
| COURTROOM DEPUTY: Gladys Romañach | DATE: July 6, 2011 |
| COURT REPORTER: Zulma Ruiz | |
| COURT INTERPRETER: Tom Kavelin | |

===============================================================
**ATTORNEYS:**

| | |
|---|---|
| UNITED STATES OF AMERICA | Olga Castellon |
| | Timothy Henwood |

vs.

| | |
|---|---|
| 4 - WILFREDO ROSARIO-CAMACHO | Judith Mizner |
| 5 - LUIS RODRIGUEZ-SOSTRE | Jorge Rivera-Ortiz |
| 10 - JOSUE PEREZ-MERCADO | Allison Koury |
| 14 - RAMON MAYSONET-SOLER | Juan Hernandez-Lopez de Victoria |
| 18 - JOSE NEGRON-SOSTRE | Ignacio Fernandez |

===============================================================

CASE CALLED FOR EVIDENTIARY HEARING. On behalf of the defendants, the testimonies of the following witnesses were heard: Carlos Sierra, Maribel Rodriguez, Zuheily Otero, Damaris Gonzalez-Guitard, Suheil Rosa, Miriam Ramos-Grateroles, Alexander Zeno, Ramon Garay, Mariangela Tirado and Francisco Dolz. Witnesses Otero and Gonzalez-Guitard were assisted by the Court Interpreter, Tom Kavelin.

During the afternoon session, the testimony of the Government's witness, Miguel Portalatin was heard. The Government re-called witness Carlos Sierra for further questioning.

After hearing all the testimonies, the Court ordered as follows:

- One defense counsel will request the transcript of today's hearing and provide a copy to each other counsel.
- Counsel will provide proposed findings of fact and conclusions of law to the Court by August 15, 2011. The Court will prepare its findings of fact and will remit them and the transcript of the hearing to the Court of Appeals.

Cr. 08-310(FAB)
Evidentiary Hearing 7/6/2011
Page 2

- The Court took under advisement Atty. Fernandez' request to keep defendants at MDC during the month of July in order to facilitate the preparation of the appeal.

*s/Gladys Romanach*
Gladys Romanach
Courtroom Deputy Clerk

Exhibits admitted:
Government 1